Name: John Fantel
Address: —
City: Phoenix, AZ
email: manifestodd@protonmail.com

COMPLAINT

FILED
LODGED
RECEIVED
COPY

MAR 0 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

John Fantel

plaintiff,

State of Arizona

Defendant

CV23-00363-PHX-JJT

Case no. _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCiv P 5.4
(Rule Number/Section)

1

## Claim

Ninth amendment violation of the right to personal health

## Jurisdiction

28 U.S.C. § 1331, 1343 (a)(3)

2

# Facts

Plaintiff has applied and used successfully Arizona "food stamps" or the EBT card for one year.

Email notifications informed plaintiff the need to re-apply as once a year renewal occurs.

Plaintiff has attempted numerous times to re-apply, re-certify, renew, or any other term used by the state.

Plaintiff is not recognized by the website and is unable to renew food stamps.

The food stamp balance ran out in February 2023, and cannot be used at this time.

Free cell phones which have been activated and used for the past year have been de-activated and will not be activated by providers, even with providing ID, birth certificate, social security card the state services (food stamps) which allows free service.

The EBT card has a customer service number to call, but plaintiff has no phone.

The public transit system does not allow a bus rider without paying fare, and calls the police for arrest.

Any food stamp office is only on a bus route.

This is a continued pattern by the State of Arizona.

Arizona electronic court filing, specifically prohibits plaintiff from filing lawsuits online, see CV23-00362-PHX-DLR-ESW for more details.

Denial of money, (see above cited case) is a Ninth amendment violation of freedom of movement.

The public library and Phoenix police have been discriminating, see, CV23-0047-PHX-CDB and CV23-00349-PHX-DGC, respectively for details.

It is an inalienable right for personal health.

Plaintiff makes the assertion eating food is included as this right, which is a civil immunity.

This makes the motion a matter of law that plaintiff is entitled to.

The State of Arizona has also discriminated against plaintiff during the Emergency Rental Assistance Program which was officially applied for, and which plaintiff is eligible for. This is an Act of Congress which created mandates upon the State.

Plaintiff is not making any argument whether or not the food stamp

3

Program is, or is not, an entitlement.

The argument is based solely upon the body of evidence by State actors of discrimination, which makes plaintiffs inalienable right(s) the force of law upon government and for being entitled to food stamps being activated.

No other constitutional dimensions are being considered in this instance, in respect to any food stamps or any other socialism provided by the State government.

Therefore, there can be genuinely fact in dispute, because inalienable rights, in this particularity of facts, can not be disputed.

There is no matter of fact or law in existence, that the movants inalienable right is divested.

4

## Relief

Re-activation of food stamp card, the number of the account on the card being 5077 0692 0941 0895

Abatement of interference with logging into account for verifying balance,

authorized
representative

5